# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN STEPHENS, Individually and on Behalf of Other Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) COUNTRY PREFERRED INSURANCE ) COMPANY, ) ) Defendant. ) | Case No. 6:25-cv-03131-MDH |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 27). The parties stipulate and agree to the dismissal of all pending claims with prejudice, with each party to bear their own costs, expenses, and attorney fees.

WHEREFORE, after reviewing the Joint Stipulation of Dismissal, the Court hereby dismisses this case in its entirety, with prejudice, and with each party to bear their own costs, expenses, and attorney fees.

**IT IS SO ORDERED.**

Dated: January 5, 2026

                                                           */s/ Douglas Harpool*
                                                           **DOUGLAS HARPOOL**
                                                           **UNITED STATES DISTRICT JUDGE**